UPON A REHEARING EN BANC
BAKER, Judge.
By opinion dated February 14, 1995,[1] a panel of this Court reversed Kenneth Linwood Awkard’s (appellant) felony sentence imposed upon him by the Circuit Court of Albemarle County (trial court) and remanded the case to the trial court for a re-sentencing pursuant to the misdemeanor provisions of Code § 46.2-357, as amended. This Code section became effective after appellant was convicted but prior to the date of his sentencing hearing. The facts as stated in the panel majority and dissent are complete and need not be restated here.
*42 Upon rehearing en banc, we hold that whether the felony or misdemeanor punishment should have been imposed in this case was a matter committed to the discretionary power of the trial court. Because the sentence given was within the statutory limits prescribed by Code § 46.2-357, to which appellant pled guilty, we find no abuse of discretion.
Accordingly,- the judgment of the trial court is affirmed.

Affirmed.

. See Awkard v. Commonwealth, 19 Va.App. 605, 454 S.E.2d 18 (1995).